IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DIANE REED BRIGHT, INDIVIDUALLY, § <br> AND AS PERSONAL REPRESENTATIVE § <br> FOR AND AS AN HEIR OF THE ESTATE § <br> OF DECEDENT, JAMES SCOTT REED, AND § <br> MARCUS REED, LARRY REED AND § <br> JUMEKA REED, INDIVIDUALLY AND AS § <br> HEIRS OF THE ESTATE OF JAMES § <br> SCOTT REED, § <br> § <br> *Plaintiffs*, § <br> § <br> V. § <br> § <br> THE CITY OF KILLEEN, TEXAS, § <br> ANTHONY R. CUSTANCE, RICHARD A. § <br> HATFIELD, JR. AND FRED L. BASKETT, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 6:20-cv-00431-ADA |

**JOINT AGREED MOTION FOR AGREED FINAL JUDGMENT**

ON THIS DAY came Diane Reed Bright, Individually, and as Personal Representative of and as an Heir of the Estate of James Scott Reed, Deceased, Plaintiff, and came Intervenor Plaintiffs Larry Reed and Jumeka Reed, Individually and as Heirs of the Estate of James Scott Reed, and also said parties for and on behalf of Marcus Reed, Deceased, who is also an Intervenor Plaintiff, by and through their attorneys of record, and came Defendants the City of Killeen, Texas, Killeen Police Department, Anthony R. Custance, Richard A. Hatfield, Jr. and Fred L. Baskett, in their individual and official capacities, by and through their respective attorneys of record, and filed this Joint Agreed Motion for Agreed Final Judgment and show unto the Court as follows:

1.

Plaintiff and Intervenor Plaintiffs and Defendants have agreed to a compromise and settlement of all claims and causes of action asserted herein and, therefore, the parties jointly move

the Court to enter an Agreed Final Judgment approving the terms and conditions of the settlement of the parties and dismissing with prejudice all claims and causes of action of Plaintiff and of the Intervenor Plaintiffs against all Defendants, thus disposing of all claims and causes of action pending between the parties in this matter, with the parties to bear their own court costs and attorneys' fees incurred herein.

2.

Plaintiffs Diane Reed Bright, Larry Reed and Jumeka Reed hereby advise the Court that Marcus Reed recently died after he signed the Release of All Claims, Settlement and Indemnity Agreement attached to the proposed Agreed Final Judgment by which he joined in the settlement set forth therein and agreed to a division of the settlement proceeds to be paid herein. Diane Reed Bright, Larry Reed and Jumeka Reed ask the Court to render the Agreed Final Judgment as submitted and agree that they will be responsible for implementing the division of the settlement funds between all Plaintiffs as they agreed to do prior to the death of Marcus Reed.

WHEREFORE, Diane Reed Bright, Individually, and as Personal Representative for and as an Heir of the Estate of James Scott Reed, Deceased, and Intervenor Plaintiffs, Larry Reed and Jumeka Reed, Individually and as Heirs of the Estate of James Scott Reed, and also said parties for and on behalf of Marcus Reed, Deceased, who is also an Intervenor Plaintiff, and the City of Killeen, Texas, the Killeen Police Department, Anthony R. Custance, Richard A. Hatfield, Jr. and Fred L. Baskett, in their individual and official capacities, the Defendants in the above cause, move the Court to enter an Agreed Final Judgment in the above cause approving the terms and conditions of the settlement of the parties of all claims and causes of action of Plaintiff and of the Intervenor Plaintiffs against all Defendants herein and dismissing with prejudice all claims and causes of action of Plaintiff and of all Intervenor Plaintiffs against all Defendants, thus making disposition of this case final.

Respectfully submitted,

*/s/Daryl K. Washington*
Daryl K. Washington
State Bar No. 24013714
dwashington@dwashlawfirm.com
**WASHINGTON LAW FIRM, PC**
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
Telephone: (214) 880-4883
Facsimile: (214) 751-6685

/s/ SHERYL R. WOOD
Sheryl R. Wood
THE WOOD LAW FIRM, PLLC
1629 K St., NW, Suite 300
Washington, DC  20006
(202) 466-0986
(888) 825-3796-fax
Email: sw@thewoodlawfirm.com
(Admitted Pro Hac Vice)

**ATTORNEYS FOR PLAINTIFFS DIANE REED BRIGHT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMES SCOTT REED AND FOR INTERVENOR PLAINTIFFS**

Respectfully submitted,

*/s/ Roy L. Barrett*
Roy L. Barrett
State Bar No. 01814000
Email: barrett@namanhowell.com
Joe Rivera
State Bar No. 24065981
Email: jrivera@namanhowell.com

**NAMAN, HOWELL, SMITH & LEE, PLLC**
400 Austin Avenue, Suite 800
Waco, Texas 76701
Telephone: (254) 755-4100
Fax: (254) 754-6331

**ATTORNEYS FOR DEFENDANTS THE CITY OF KILLEEN, TEXAS, RICHARD A. HATFIELD, JR. AND FRED L. BASKETT**

Respectfully submitted,

/s/ *Charles D. Olson*
Charles D. Olson
State Bar No. 15273200
Email: colson@haleyolson.com
Michael W. Dixon
State Bar No. 05912100
Email: mdixon@haleyolson.com

**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
Telephone: (254) 776-3336
Fax: (254) 776-6823

**ATTORNEYS FOR DEFENDANT ANTHONY R. CUSTANCE**